# United States District Court

WESTERN DISTRICT OF WASHINGTON

KENNETH DEENE LINDELL

v.

STATE OF WASHINGTON et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5025FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court adopts the Report and Recommendation; and

Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, under the Younger abstention doctrine, and for failure to exhaust administrative remedies prior to filing. Younger v. Harris, 401 U.S. 37, 45-46 (1971). Plaintiff may not challenge an ongoing criminal proceeding and has not exhausted his administrative remedies regarding other issues.

| April 4, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

　　　　　　　　　　　　　　　　　　　　　*s/CM Gonzalez*
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk